Giagos TRIPOLITIS, Appellant,

v.

J. W. HOLLAND, District Director, Immigration and Naturalization Service, Appellee.

No. 12181.

United States Court of Appeals
Third Circuit.

Argued March 21, 1957.

Decided April 3, 1957.

Rehearing Denied April 26, 1957.

J. J. Kilimnik, Philadelphia, Pa., for appellant.

Louis C. Bechtle, Asst. U. S. Atty., Philadelphia, Pa., for appellee.

Before McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

Appellant as a seaman admittedly entered the United States illegally, February 18, 1952. He obtained unauthorized gainful employment shortly after that and, as he states, desires to remain in this country.

The contentions on his behalf of illegal arrest and unlawful search and seizure are without substantial merit. Proper and sufficient evidence supported the decision of the Special Inquiry Officer. There was no wrongful restriction of appellant's rights to examine and cross-examine the arresting officer witness at the immigration hearing.

The judgment of the district court will be affirmed.

---

Robert J. MARTIN, Appellant,

v.

MONMOUTH PARK JOCKEY CLUB et al.

No. 12113.

United States Court of Appeals
Third Circuit.

Argued April 1, 1957.

Decided April 4, 1957.

Michael von Moschzisker, Philadelphia, Pa. (McBride, von Moschzisker & Bradley, Philadelphia, Pa., on the brief), for appellant.

David T. Wilentz, Perth Amboy, N. J. (Wilentz, Goldman, Spitzer & Sills, Perth Amboy, N. J., on the brief), for appellees.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The plaintiff, a jockey, appeals from the judgment of the District Court for the District of New Jersey dismissing his complaint against the defendants which sought an injunction and damages by reason of the plaintiff's having been refused permission by the defendants to ride at their Monmouth Park racetrack in 1956. The facts and the applicable legal principles are adequately set out in the opinion filed by Chief Judge Forman in the district court, 145 F.Supp. 439, and need not be repeated here. It is sufficient to say that we are in full accord with Chief Judge Forman's conclusions and need add nothing to the reasons given by him in support of them.

The judgment of the district court will be affirmed.